**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-6003**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DANNY LEE PEOPLES,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (7:07-cr-00084-JCT-RSB-3)

───────────

Submitted:  May 23, 2013           Decided:  May 28, 2013

───────────

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Danny Lee Peoples, Appellant Pro Se.  Charlene Rene Day, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Lee Peoples appeals the district court's order dismissing his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Peoples, No. 7:07-cr-00084-JCT-RSB-1 (W.D. Va. Dec. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED